COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00350-CV

Style:     Shan Kovaly

**v** Tulsidas Jurvanka, MD, et al and Ikedinobi U. Eni, MD, et al

Date motion filed[*]:     July 29, 2015

Type of motion:     Notice of change in associate appellant counsel

Party filing motion:     Appellee, Ikedinobi U. Eni, M.D., et al

Document to be filed:

Is appeal accelerated?     No

Ordered that motion is:

☑ Granted

If document is to be filed, document due:

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

**The Clerk of this Court is ordered to substitute Joel Randal Sprott and Kristen Blanchard for Erin E. Lunceford as the appellee, Ikedinobi U. Eni, M.D., et al counsel of record.** *See* TEX. R. APP. P. 6.5(d).

Judge's signature: /s/ Sherry Radack

☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: August 4, 2015